SUN INDEMNITY COMPANY OF NEW YORK a Corporation, Plaintiff in Error, v. AMERICAN UNIVERSITY, WASHINGTON, D. C., to the use of H. C. Roberts Electric Supply Company, Washington, D. C., Defendant in Error.

Court of Appeals of District of Columbia.
Submitted April 11, 1928. Decided
May 7, 1928.

No. 4670.

In Error to the Municipal Court of the District of Columbia.

W. C. Clephane, J. W. Latimer, and G. L. Hall, all of Washington, D. C., for plaintiff in error.

B. E. Hinton and E. G. Davis, both of Washington, D. C., for defendant in error.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

MARTIN, Chief Justice. It is stipulated by the respective parties that the issues in this case are identical with those involved in suit No. 4669, Sun Indemnity Company, Plaintiff in Error, v. American University, Washington, D. C., to the use of National Electrical Supply Company, Washington, D. C., Defendant in Error, 58 App. D. C. ——, 26 F.(2d) 556, and that judgment should be entered herein to the same effect as in that suit.

The judgment of the municipal court is accordingly reversed, with costs, and the cause is remanded, with directions to dismiss the suit of the plaintiff below, with costs.